IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANTHONY MONROE                                                              PLAINTIFF

v.                              Case No. 3:18-cv-00217 JM

KENNETH KENDALL                                                             DEFENDANTS
and K & K CHEMICAL CO.

## ORDER

The Court has been advised that the parties have reached an agreement in this case. The jury trial scheduled for December 2, 2019, is cancelled and this case is removed from the trial docket. All pending motions are denied as moot in light of the settlement.

IT IS SO ORDERED this 15th day of November, 2019.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE