IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ANTHONY MONROE**                                                                **PLAINTIFF**

VS.                             NO. 3:18-CV-217-JM

**KENNETH KENDALL and
K & K CHEMICAL CO.**                                      **DEFENDANTS**

## ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal filed on behalf of all parties, it is hereby Ordered that the Complaint of Plaintiff, including any and all claims that were raised or that could have been raised therein, shall be, and it is hereby, dismissed with prejudice, each party to bear its own costs and fees.

Dated this 2nd day of March, 2020.

_____
United States District Judge

APPROVED AS TO FORM

Kristofer E. Richardson (2001140)
BRISTOW & RICHARDSON, PLLC
216 E. Washington
Jonesboro, Arkansas 72401
(870) 935-9000
krisrichardson@suddenlinkmail.com

Attorneys for Plaintiff

Gregory T. Jones (83097)
Kathryn A. Pryor (89206)
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
kpryor@wlj.com
gjones@wlj.com

Attorneys for Defendant